IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSH HALE, on behalf of heirs of Joel Hale,<br><br>              Plaintiff,<br><br>  v.<br><br>C. R BARD INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>              Defendants. | CV 20-33-BLG-SPW-TJC<br><br>**ORDER** |

      The Court recognizes this matter was transferred to the District of Montana and referred to the undersigned on March 30, 2020.  (Doc. 8)  The Court herein takes notice that Plaintiff Josh Hale, on behalf of the heirs of Joel Hale, has two out-of-state attorneys of record: David M. Langevin and Rhett A. McSweeney, of the firm McSweeney Langevin LLC of Minneapolis, Minnesota.  Under L.R. 83.1(a)(2), only an attorney who is authorized to appear under this rule may appear on behalf of a party.  Accordingly,

     IT IS ORDERED that Plaintiff's Counsel shall file a notice of appearance stating their standing with the State Bar of Montana.  In lieu of bar membership to the State Bar of Montana, Plaintiff shall arrange for local counsel, who must file notice of appearance within 30 days, or **Friday, June 19, 2020**.  Local counsel

may then move for *pro hac vice* admission of out-of-state counsel consistent with L.R. 83.1(d).

    **IT IS ORDERED**.

    DATED this 20th day of May, 2020.

                                      _____
                                      TIMOTHY J. CAVAN
                                      United States Magistrate Judge