IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSH HALE, on behalf of heirs of Joel Hale,<br><br>　　　　　　Plaintiff,<br>　v.<br>C. R BARD INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>　　　　　　Defendants. | CV 20-33-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendants C. R. Bard Inc. *et al* ("Defendants") have filed an unopposed motion to allow counsel to appear at the Show Cause Hearing (Doc. 23) by video. (Doc. 24.) Good cause appearing,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants' counsel, Ian McIntosh, may appear by videoconference at the August 13, 2020 Show Cause Hearing. Counsel shall immediately contact the Clerk of Court's Office at (406) 247-7000 to make arrangements with the Court's IT Department.

　**IT IS ORDERED.**

　DATED this 6th day of August, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge