IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSH HALE, on behalf of heirs of Joel Hale,<br><br>   Plaintiff,<br><br>  v.<br><br>C. R BARD INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>   Defendants. | CV 20-33-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of David M. Langevin to practice before this Court in this case with James G. Edmiston to act as local counsel. Mr. Langevin's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit David M. Langevin *pro hac vice* is GRANTED on the condition that Mr. Langevin shall do his own work. This means that Mr. Langevin must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Langevin may move for the admission *pro hac vice* of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Langevin.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Langevin, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 13th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge