IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSH HALE on behalf of heirs of Joel Hale,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | CV 20-33-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 44), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED without prejudice**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of March, 2021.

SUSAN P. WATTERS
United States District Judge

1